# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank National Trust Company, as Trustee for WaMu Series 2007-HE1 Trust** | Case No. 1:07-cv-1874 |
| | Judge Solomon Oliver, Jr. |
| **Plaintiff,** | **JUDGMENT** |
| **vs.** | |
| **Cytonia Williams, et al.** | |
| **Defendants.** | |

UNITED STATES DISTRICT JUDGE SOLOMON OLIVER, JR.

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: 8/28/2007

/s/SOLOMON OLIVER,JR.
Judge Solomon Oliver, Jr.
UNITED STATES DISTRICT JUDGE

E42